IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSEPH HIPPS, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BIGLARI HOLDINGS, INC., SARDAR BIGLARI, PHILIP L. COOLEY, KENNETH R. COOPER, JAMES P. MASTRIAN, RUTH J. PERSON, NBHSA INC., and BH MERGER COMPANY,<br><br>    Defendants. | Case No. 1:18-cv-475-SEB-TAB |

## **REQUEST FOR ORAL ARGUMENT**

Come now Defendants, Biglari Holdings, Inc., Sardar Biglari, Philip L. Cooley, Kenneth R. Cooper, James P. Mastrian, Ruth J. Person, NBHSA Inc., and BH Merger Company (collectively, "Defendants"), by counsel, and pursuant to Local Rule 7-5(a) moves the Court for oral argument on Plaintiff's Motion for Remand and Defendants' Opposition to Remand. Defendants respectfully suggest that oral argument is necessary to help clarify and explain the issues before the Court on the Motion for Remand. Defendants reasonably estimate that a total of one hour would be necessary for the oral argument.

Dated:  March 12, 2018            Respectfully submitted,

KRIEG DEVAULT LLP            LATHAM & WATKINS LLP

| | |
|---|---|
| */s/ Scott S. Morrisson* | */s/ Christopher J. Clark* |
| Scott S. Morrisson (No. 11633-49) | Christopher J. Clark (admitted *pro hac vice*) |
| 12800 N. Meridian Street, Suite 300 | 885 Third Avenue |
| Carmel, IN 46032 | New York, NY 10022-4834 |
| Telephone: (317) 238-6201 | Telephone: (212) 906-1200 |
| Facsimile: (317) 636-1507 | Facsimile: (212) 751-4864 |
| smorrisson@kdlegal.com | christopher.clark@lw.com |
| | |
| | J. Christian Word (admitted *pro hac vice*) |
| | Michael E. Bern (admitted *pro hac vice*) |
| | 555 Eleventh Street, N.W., Suite 1000 |
| | Washington, D.C. 20004-1304 |
| | Telephone: (202) 637-2200 |
| | Facsimile: (202) 637-2201 |
| | christian.word@lw.com |
| | michael.bern@lw.com |

*Counsel for Defendants Biglari Holdings, Inc., Sardar Biglari, Phillip L. Cooley, Kenneth R. Cooper, James P. Mastrian, Ruth J. Person, NBHSA Inc., and BH Merger Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system (CM/ECF) or via e-mail. Parties may access this filing through the Court's system.

                                                           */s/ Scott S. Morrisson*
                                                           Scott S. Morrisson